LCW

**FILED**

**MARCH 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1460**

In the Matter of                                                  Case Number:

KEVIN CRAWFORD

v.

ECOLAB INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN CRAWFORD

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| NAME (Type or print)<br>Darren A. Bodner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Darren A. Bodner | |
| FIRM<br>Lisa Kane & Associates, P.C. | |
| STREET ADDRESS<br>120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06289083 | TELEPHONE NUMBER<br>312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐