**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **KEVIN CRAWFORD,** | **08 C 1460** |
| v. | |
| **ECOLAB INC.,** | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ECOLAB INC.**

| | |
|---|---|
| NAME (Type or print)   **NADINE C. ABRAHAMS** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)     s/**Nadine C. Abrahams** | |
| FIRM     **JACKSON LEWIS LLP** | |
| STREET ADDRESS     **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP     **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   **6209382** | TELEPHONE NUMBER   **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.     RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |