UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN CRAWFORD,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | Case No.:  08C1460 |
| | ) | Judge Harry D. Leinenweber |
| **ECOLAB INC.,** | ) | Magistrate Judge Morton Denlow |
| | ) | |
| **DEFENDANT.** | ) | |

## NOTICE OF MOTION

TO:   Lisa Kane
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street, Suite 1420
      Chicago, Illinois  60603

PLEASE TAKE NOTICE that at **9:30 a.m. on Tuesday, April 1, 2008**, Defendant Ecolab, Inc. will appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom 1941, and present their **Agreed Motion For Extension Of Time To Answer Or Otherwise Plead**, a copy of which is attached and hereby served upon you.

Dated: March 27, 2007

                                        ECOLAB, INC.

                                        By:  s/Hallie Diethelm Caldarone
                                             One of Its Attorneys

Nadine C. Abrahams
Hallie Diethelm Caldarone
JACKSON LEWIS LLP
320 W. Ohio, Suite 500
Chicago, Illinois  60610
(312) 787-4949