**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEVIN CRAWFORD,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  08C1460** |
| | ) | **Judge Harry D. Leinenweber** |
| **ECOLAB INC.,** | ) | **Magistrate Judge Morton Denlow** |
| | ) | |
| **DEFENDANT.** | ) | |

**AGREED MOTION FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Ecolab, Inc. ("Ecolab"), by and through its attorneys, and Plaintiff Kevin Crawford ("Crawford" or "Defendant"), (collectively the "Parties"), respectfully move this Court to extend the time twenty-one (21) days, through and including April 22, 2008, for Ecolab to answer or otherwise respond to Plaintiff's Complaint.  In support of this motion, the Parties state as follows:

1.      The Complaint was just filed on or about March 11, 2008.

2.      Counsel for Ecolab requires additional time to investigate the matter before preparing an Answer or other responsive pleading.

3.      This request is not made for purposes of delay or harassment.  Instead, it is made to permit Ecolab's counsel adequate time to respond to the Complaint.

4.      Granting this motion will not unfairly prejudice either party nor materially delay the efficient conduct of discovery.

5.      Counsel for Plaintiff has agreed to this extension.

**WHEREFORE,** Ecolab, Inc. moves the Court for an extension of time to and including April 22, 2008 to file a responsive pleading.

Respectfully submitted, this 27th day of March, 2008.

| | |
|---|---|
| ____s/Lisa Kane_____<br>Lisa Kane<br>Lisa Kane & Associates, P.C.<br>120 South LaSalle Street, Suite 1420<br>Chicago, Illinois 60603<br>(312) 606-0383<br><br>ATTORNEYS FOR PLAINTIFF | ___s/Hallie Diethelm Caldarone_____<br>Nadine C. Abrahams<br>Hallie Diethelm Caldarone<br>JACKSON LEWIS LLP<br>320 W. Ohio, Suite 500<br>Chicago, Illinois  60610<br>(312) 787-4949<br><br>ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

I, Hallie Diethelm Caldarone, an attorney, certify that on this 27th day of March, 2008, a true and correct copy of the foregoing Notice and Agreed Motion For Extension Of Time To Answer Or Otherwise Please was served via the CM/ECF system of the United States District Court for the Northern District of Illinois, on counsel of record as follows:

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois  60603


s/Hallie Diethelm Caldarone

Hallie Diethelm Caldarone