UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN CRAWFORD, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No.: 08C1460 |
| | ) | Judge Harry D. Leinenweber |
| ECOLAB INC., | ) | Magistrate Judge Morton Denlow |
| | ) | |
| DEFENDANT. | ) | |

**DEFENDANT ECOLAB INC.'S**
**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to LR 3.2 of the Civil Rules of this Court and Federal Rule of Civil Procedure 7.1, Defendant Ecolab Inc. ("Ecolab") hereby submits this Disclosure Statement and Notification of Affiliates. Ecolab is a publicly-traded entity and has no parent corporation. Henkel KGaA and Henkel Corporation are publicly-traded entities which own 5% of more of Ecolab.

Respectfully submitted,

DATED: March 28, 2008          Ecolab Inc.

By its attorneys,

/s/ Hallie Diethelm Caldarone

Nadine C. Abrhams
Hallie Diethelm Caldarone
JACKSON LEWIS LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610
Telephone: (312) 787-4949
Facsimile: (312) 787-4995

## CERTIFICATE OF SERVICE

I, Hallie Diethelm Caldarone, an attorney, certify that on this 28th day of March, 2008, a true and correct copy of the foregoing was served via the CM/ECF system of the United States District Court for the Northern District of Illinois, on counsel of record and as follows:

Lisa Kane & Associates, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois  60603

s/Hallie Diethelm Caldarone

Hallie Diethelm Caldarone