UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CRAWFORD, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>ECOLAB INC., )<br>)<br>DEFENDANT. ) | Case No.: 08C1460<br>Judge Harry D. Leinenweber<br>Magistrate Judge Morton Denlow |

### NOTICE OF MOTION

TO:   Lisa Kane
   Lisa Kane & Associates, P.C.
   120 S. LaSalle Street
   Suite 1420
   Chicago, IL  60603

PLEASE TAKE NOTICE THAT on Thursday, August 7, 2008 at 9:30 a.m., we shall appear before the before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Courtroom and shall then and there present the *Defendant's Motion for Entry of Agreed Protective Order*, a true and correct copy of which is attached hereto and hereby served upon you.

Dated:  August 5, 2008                                              ECOLAB, INC.


                                              BY: /s/ Hallie Diethelm Caldarone
                                                 Hallie Diethelm Caldarone

Nadine C. Abrahams
Hallie Diethelm Caldarone
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60654
Tel: (312) 787-4949
Fax: (312) 787-4995

## CERTIFICATE OF SERVICE

  I hereby certify that on August 5, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filings to the following:

Lisa Kane
Lisa Kane & Associates, P.C.
120 S. LaSalle Street
Suite 1420
Chicago, IL 60603

            /s/ Hallie Diethelm Caldarone
             Hallie Diethelm Caldarone