# United States District Court, Northern District of Illinois

HITN

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1460 | **DATE** | 8/8/2008 |
| **CASE TITLE** | Kevin Crawford vs. Ecolab, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:    WAP

2008 AUG -8 PM 2:34

U.S. DISTRICT COURT
CLERK
FILED