IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KEVIN CRAWFORD,** | |
| Plaintiff, | NO.  08 C 1460 |
| v. | Hon. Harry D. Leinenweber Judge Presiding |
| **ECOLAB, INC.,** | Magistrate Judge Denlow |
| Defendant. | |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, KEVIN CRAWFORD, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, ECOLAB, INC., by its attorney, HALLIE D. CALDARONE of JACKSON LEWIS LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: August 29, 2008

| KEVIN CRAWFORD, | ECOLAB, INC., |
|---|---|
| By /s/ Lisa Kane | By /s/ Hallie D. Caldarone (by consent) |
| LISA KANE | HALLIE D. CALDARONE |
| LISA KANE & ASSOCIATES, P.C. | JACKSON LEWIS, LLP |
| Attorney for Plaintiffs | Attorney for Defendant |
| 120 South LaSalle Street | 320 West Ohio Street |
| Suite 1420 | Chicago, Illinois 60654 |
| Chicago, Illinois 60603 | (312) 787-4949 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |