# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1460 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Kevin Crawford vs. Ecolab, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation, this case is dismissed with prejudice, all parties to bear their own costs and fees. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|